In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10669

_____


In re: WARDEN, WILLIAM C. HOLMAN CORRECTIONAL
FACILITY,

*Petitioner.*

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Alabama
D.C. Docket No.1:14-cv-01313-MHH

_____


**DISTRICT COURT'S INVITED RESPONSE
TO PETITION FOR WRIT OF MANDAMUS**


Madeline H. Haikala
United States District Judge
1729 Fifth Avenue North
Birmingham, Alabama 35203

The district court accepts the invitation from the United States Court of Appeals for the Eleventh Circuit to respond to the Petition for a Writ of Mandamus and says:

A decision is in draft on the habeas petition that is the subject of the petition for a writ of mandamus. To complete the opinion, the court must review and analyze the evidentiary record, which contains 6,214 pages in 32 volumes. The district court will submit its next regular semiannual report on March 31, 2026. The district court expects to report that the decision is in draft. The court currently is concluding its work on the habeas petition in *Maxwell v. Allen*, 3:10-cv-02066-MHH. Absent unforeseen circumstances, the court anticipates resolving the petition in *Maxwell* by April 30, 2026.

Between April 2026 and July 2026, the court currently has six trials scheduled, five criminal and one civil, for a total of seven trial weeks. The court anticipates resolving the habeas petition that is the subject of this petition for a writ of mandamus as soon as practicable after resolving *Maxwell* and holding the trials that currently are scheduled.[1]

---

[1] To prepare this response, the court has not collected data regarding the balance of the court's criminal and civil docket. If the Court of Appeals would like additional information, the district court will produce the information in the Court of Appeals' preferred format.